| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN<br>WISE & WIEDERKEHR, LLP<br>*Counsel for the Debtor*<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200<br>Jonathan S. Pasternak, Esq.<br>Dawn Kirby, Esq. | **Hearing Date: May 25, 2017**<br>**Hearing Time: 11:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                                     Chapter 11
                                                                                               Lead Case No. 16-45568 (nhl)
SHIROKIA DEVELOPMENT LLC and
SHIROKIA MEZZ I, LLC,

                                          Debtors.
---------------------------------------------------------------X

### NOTICE OF HEARING ON DEBTOR'S MOTION OBJECTING TO PROOF OF CLAIM NO. 6 FILED BY AALM FINANCIAL GROUP, INC.

**PLEASE TAKE NOTICE**, that upon the annexed motion (the "Motion") of the above-captioned Debtor and Debtor-in-Possession ("Debtor"), by its attorneys DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, the undersigned will move this Court, before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201 on the 25th day of May, 2017 at 11:00 a.m., or as soon thereafter as counsel may be heard for the entry of the proposed Order (the "Order") annexed to the Motion, together with such other and further relief as is just, proper and equitable under the circumstances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon (i) DelBello, Donnellan, Weingarten, Wise & Wiederkehr,

LLP, attorneys for the Debtor, One North Lexington Ave., 11th Floor, White Plains, New York 10601, Attn: Dawn Kirby, Esq.; (ii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014; and (iii) all individuals and entities that have filed a notice of appearance and request for documents, so as to be received no later than seven (7) days prior to the hearing.

Dated: White Plains, New York
       April 25, 2017

                              DELBELLO DONNELLAN WEINGARTEN
                              WISE & WIEDERKEHR, LLP
                              Counsel for the Debtor
                              One North Lexington Avenue
                              White Plains, New York 10601
                              (914) 681-0200

                              By: */s/ Dawn Kirby*
                                    Dawn Kirby


To:    Office of the U.S. Trustee
         AALM Financial Group, Inc.
         Secured Creditors
         20 Largest Unsecured Creditors
         All Parties Filing Notice of Appearance