UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Post-Confirmation Chapter 11

SHIROKIA DEVELOPMENT LLC and                        Lead Case No. 16-45568-nhl
SHIROKIA MEZZ I, LLC,                                         (Jointly Administered)

                                Debtors.
---------------------------------------------------------X

## ORDER AUTHORIZING AND APPROVING
## ASSURANCE OF DISCONTINUANCE STIPULATION

**UPON** the Notice of Presentment of Order Authorizing and Approving Assurance of Discontinuance dated October 19, 2017 and the exhibits thereto, and it appearing that adequate notice having been given to all parties in interest, and no objections having been received; it is hereby

**ORDERED**, that the Assurance of Discontinuance, a copy of which is annexed hereto as Exhibit "A", is approved; and it is further

**ORDERED**, that the Debtors and their authorized representatives are hereby authorized, empowered, and directed to perform such obligations as are required under the Assurance of Discontinuance.



**Dated: November 8, 2017**
      **Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**